UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80669-CIV-RYSKAMP/VITUNAC

EDWARD ROSA, on his
own behalf and others similarly situated,

    Plaintiff,

v.

SUNSHINE ALUMINUM SPECIALTIES, INC.,
a Florida corporation, and THOMAS O.
WICHTERMAN, individually.

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties; stipulation of dismissal with prejudice **[DE 19]** filed on October 20, 2008.  The Court has carefully reviewed the parties' stipulation, settlement agreement and other relevant portions of the record.  Accordingly, it is hereby,

ORDERED AND ADJUDGED that the stipulation of dismissal with prejudice **[DE 19]** and the parties' attached settlement agreement are accepted, approved and ratified by the Court.  This cause is hereby dismissed with prejudice.  The Clerk of the Court is ordered to deny any pending motions as moot and to close this case.

DONE AND ORDERED this 23 day of October, 2008.

                                               /s/ Kenneth L. Ryskamp
                                       UNITED STATES DISTRICT JUDGE
                                       KENNETH L. RYSKAMP

Copies provided to:
All counsel of record